UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SOLLIE SEALS,

    Plaintiff,

v.                        Case No.:8:08-cv-586-T-33MAP

CARPENTER CONTRACTORS OF
AMERICA, INC.,

    Defendant.
_____/

### **ORDER**

Before the Court is the Mediation Report (Doc. 29), filed on August 25, 2009. The Mediator, Mr. Richard Smith, informs the Court that the parties settled all claims between them during a mediation conference held on August 24, 2009.

Accordingly, it is

**ORDERED**, **ADJUDGED and DECREED** that:

This case is dismissed. The Clerk is directed to terminate all pending motions and deadlines and close the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of August 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record